IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| ERIC HOLLOWAY ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| vs. ) | Civil Action # |
| ) | |
| DARLENE DREW, WARDEN ) | 2:07 CV160-MEF |
| FEDERAL PRISON CAMP ) | |
| MONTGOMERY, AL ) | |
| ) | |
| RESPONDENT, ) | |

RECEIVED
2007 FEB 23 A 9:46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO PROCEED IN FORMA PAUPERIS

NOW COMES PETITIONER ERIC HOLLOWAY, pro se asking this honorable court to allow him to proceed in Forma Pauperis status.

Respectfully submitted this 21st day of February, 2007.

ERIC HOLLOWAY, PRO SE
REG. NO. 36905-019
FEDERAL PRISON CAMP
MONTGOMERY, AL  36112