IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAR -6 A 9: 22

 HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ERIC HOLLOWAY, )
 )
 PLAINTIFF, )
 )
VS. ) 2:07-CV-160-MEF
 )
DARLENE DREW )
FEDERAL PRISON CAMP )
MONTGOMERY, AL )
 )
 DEFENDANT, )

PETITIONER'S RESPONSE TO COURT'S ORDER

Now COMES ERIC HOLLOWAY, PRO SE in response to this Court's Order pursuant to 28 U.S.C. § 1915(b)(1), and the provisions as so ordered by this Honorable Court.

Accordingly, Petitioner has provided (see Attachment A) the necessitated inmate account statement. However, Petitioner would like to point out the following that his Honorable Court might not be aware of.

 1. This petitioner has a quarter payment of $50.00 per month for court ordered restitution that completely drains any monies made on his inmate work assignment. Petitioner was declared indigent at sentencing and court waived the imposed court fine(s) but did not negate the restitution of over $700,000 thousand dollars.

 2. It takes approximately sixty to seventy dollars a month to buy necessary items from commissary (i.e.

washing powder, hygiene products, postage and phone account payments). As one would see, petitioner family and friends have to assist in financial needs.

Respectfully submitted this 5th day of March, 2007.


_____
ERIC HOLLOWAY, PRO SE
REG. NO. 36905-019
FEDERAL PRISON CAMP
MONTGOMERY, AL  36112

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 36905019 | Current Institution: | Montgomery FPC |
| Inmate Name: | HOLLOWAY, ERIC | Housing Unit: | MON-O |
| Report Date: | 03/02/2007 | Living Quarters: | 006-011U |
| Report Time: | 11:05:25 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4818 |
| PAC #: | |
| FRP Participation Status: | Participating |
| Arrived From: | ATL |
| Transferred To: | |
| Account Creation Date: | 8/18/2005 |
| Local Account Activation Date: | 5/9/2006 3:37:15 AM |
| Sort Codes: | |
| Last Account Update: | 3/2/2007 9:30:18 AM |
| Account Status: | Active |
| Phone Balance: | Unknown |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $50.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $101.70 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $101.70 |
| National 6 Months Deposits: | $1,889.12 |
| National 6 Months Withdrawals: | $1,806.64 |
| National 6 Months Avg Daily Balance: | $32.00 |
| Local Max. Balance - Prev. 30 Days: | $151.70 |
| Average Balance - Prev. 30 Days: | $30.05 |



MONTGOMERY AL 361
05 MAR 2007 PM 4 T

ERIC HOLLOWAY
REG. NO. 36905-019
FEDERAL PRISON CAMP
MONTGOMERY, AL 36112

CLERK OF COURT
UNTIED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

36101+0711