IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ERIC HOLLOWAY, #36905-019, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-0160-MEF |
| ) | WO |
| DARLENE DREW, Warden, Federal ) | |
| Prison Camp, Montgomery, AL, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) to the Recommendation of the Magistrate Judge filed on April 16, 2007 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #6) entered on April 4, 2007 is adopted;

3. The plaintiff's complaint is DISMISSED with prejudice and prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i)

DONE this the 19th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE